IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANITA G. JONES, )
)
        Plaintiff, )
)
vs. ) Civil No.   13-cv-782-CJP
)
CAROLYN W. COLVIN, )
)
        Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 31), the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Anita G. Jones.

DATED:   8/14/14

JUSTINE FLANAGAN,
Acting Clerk of Court

BY: s/Brenda K. Lowe
Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**